IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LEWIS CROFT,<br><br>Defendant. | CV-19-41-M-DWM<br><br>ORDER |

The Clerk having entered default against Defendant Lewis Croft,

IT IS ORDERED that Plaintiff State Farm Mutual Automobile Insurance Company ("State Farm Auto") shall apply for default judgment under Federal Rule of Civil Procedure 55(b)(2) on or before November 1, 2019.

DATED this 16th day of October, 2019.

Donald W. Molloy, District Judge
United States District Court