**FILED**

NOV 0 1 2019

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LEWIS CROFT,<br><br>　　　　Defendant. | CV 19–41–M–DWM<br><br><br>ORDER |

　　　Plaintiff State Farm Mutual Automobile Insurance Company having filed a motion for default judgment, (Doc. 14),

　　　IT IS ORDERED that State Farm shall certify within seven (7) days of the date of this Order that it has served Defendant Lewis Croft with both the Clerk's Entry of Default, (Doc. 12), and the present Motion for Entry of Default Judgment, (Doc. 14).

　　　DATED this _1st_ day of November, 2019.

　　　　　　　　　　　　　　　　Donald W. Molloy, District Judge
　　　　　　　　　　　　　　　　United States District Court